134 A.3d 446

James PARKER, Petitioner

v.

COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT OF PHILADELPHIA COUNTY, Respondent.

No. 25 EM 2016.

Supreme Court of Pennsylvania.

April 6, 2016.

## ORDER

PER CURIAM.

AND NOW, this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**